Robert A. Anderson, ISB No. 2124
ANDERSON, JULIAN & HULL LLP
C. W. Moore Plaza
250 South Fifth Street, Suite 700
Post Office Box 7426
Boise, Idaho 83707-7426
Telephone:    (208) 344-5800
Facsimile:    (208) 344-5510
E-Mail:  raanderson@ajhlaw.com

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| **LARRY** and **CATRENA NACCARATO**, husband and wife,<br><br>Plaintiffs,<br><br>vs.<br><br>**LIBERTY NORTHWEST INSURANCE CORPORATION**,<br><br>Defendant. | Case No:<br><br>Bonner County Case No. CV-2013-0228<br><br>**NOTICE OF REMOVAL**<br><br>Filing Fee: $400.00 |

REMOVAL FROM STATE DISTRICT COURT TO U.S. DISTRICT COURT

TO:    PLAINTIFFS AND THEIR ATTORNEYS OF RECORD, and
       THE CLERK OF THE ABOVE-ENTITLED COURT:

PLEASE TAKE NOTICE that pursuant to 28 U.S.C. § 1446, the Defendant hereby removes the above-entitled cause of action from the District Court of the First Judicial District of

NOTICE OF REMOVAL - 1

the State of Idaho, in and for the County of Bonner, to the United States District Court for the District of Idaho, based on the following grounds:

FIRST: That Liberty Northwest Insurance Corporation is the Defendant in Civil Case No. CV-2013-0228 brought against it in the District Court of the First Judicial District of the State of Idaho, in and for the County of Bonner, entitled *Larry and Catrena Naccarato*, Plaintiffs vs. *Liberty Northwest Insurance Corporation*, Defendant. A copy of the Summons and Complaint in that action is attached hereto and constitutes all process, pleadings and orders served upon Defendant in such action.

SECOND: That the aforesaid action was commenced by service of process consisting of a Summons and Complaint upon the Defendant on the 8th day of August, 2013 (by service upon the Director of Insurance of the State of Idaho).

THIRD: That the Plaintiffs in the above-entitled action is a citizen of the State of Idaho. See **Complaint** ¶ I. At the time of the filing and service of said Summons and Complaint, Defendant was and is a foreign corporation with its principle place of business in Massachusetts. **Complaint** ¶ II; **Aff. of Counsel in Support of Removal,** Ex. B. Thus, the controversy herein between the Plaintiffs and the Defendant is a controversy between citizens of different states.

FOURTH: That the matter in controversy exceeds the sum of $75,000.00, exclusive of interest and costs. Specifically, as set forth in a December 6, 2012, demand letter, Plaintiffs have made demand for an amount of $153,000.00 as to a claimed loss of use of a vehicle, *see* **Aff. of Counsel in Support of Removal,** Ex. B, and further makes demand for unspecified amounts for general damages and attorney's fees. **Complaint** ¶ XXIX.

FIFTH: That this is a civil action brought in a State Court of which the United States District Courts have original jurisdiction because of diversity of citizenship, and the Defendant is not a citizen of the State of Idaho, wherein the action was brought, and the amount in controversy exceeds $75,000 giving rise to jurisdiction in the federal district court pursuant to 28 U.S.C. § 1332.

WHEREFORE, Defendant prays that this cause proceed in the United States District Court for the District of Idaho as an action properly removed thereto.

DATED this 6R day of September, 2013.

ANDERSON, JULIAN & HULL LLP

By_____
Robert A. Anderson, Of the Firm
Attorneys for Defendant

NOTICE OF REMOVAL - 3

CERTIFICATE OF MAILING

I HEREBY CERTIFY that on this 6🇷🇨 day of September, 2013, I filed the foregoing NOTICE OF REMOVAL electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

| | |
|---|---|
| Todd M. Reed<br>POWELL & REED, P.C.<br>318 Pine Street<br>P. O. Box 1005<br>Sandpoint, Idaho 83864<br>Phone: (208) 263-3529<br>Fax: (208) 263-4438<br>Email: Treed1967@yahoo.com<br>*Attorneys for Plaintiffs* | ☐ U.S. Mail, postage prepaid<br>☐ Hand-Delivered<br>☐ Overnight Mail<br>☐ Facsimile<br>☐ E-Mail<br>☒ CM/ECF |

_____
Robert A. Anderson

NOTICE OF REMOVAL - 4